UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAO CHIAM SAECHAO,

Petitioner,

v.

TONYA ANDREWS, et. al.,

Respondents.

No. 1:26-cv-00151-DC-DMC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 12)

Petitioner, a former immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion for temporary restraining order. See ECF Nos. 1 and 3. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 24, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. ECF No. 12. Respondents filed objections on August 31, 2026. ECF No. 13. However, Respondents merely "incorporate the arguments set forth in their previous pleadings," *id.*, and this court has already rejected those arguments in this case. *See* ECF No. 7.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed August 24, 2026, ECF No. 12, are ADOPTED;
2. Petitioner's petition for writ of habeas corpus, ECF No. 1, is GRANTED;
3. The terms of the preliminary injunction ordered in ECF No. 7, are made permanent; and
4. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close the case.

IT IS SO ORDERED.

Dated: **September 21, 2026**

Dena Coggins
United States District Judge